**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VANESSA VAZQUEZ,

    Plaintiff,

v.                                                                        Case No:   6:23-cv-855-WWB-LHP

JEWELRY ARTISANS OF ORLANDO,
INC. and ALBERTO LOPEZ,

    Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF REPRESENTATIVE CLASS AND TO PERMIT COURT-SUPERVISED NOTIFICATION PURSUANT TO 29 U.S.C. § 216(b) AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 27)
>
> **FILED:**     October 2, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

According to the motion, counsel for Plaintiff "was unable to reach Defendants' counsel or his staff before the filing of this motion."  Doc. No. 27, at 7.  However, Plaintiff has not filed a supplement to the motion, as set forth in Local Rule 3.01(g).  *See* Local Rule 3.01(g)(3) (providing that if the opposing party is unavailable for a conference prior to filing a motion, the movant must diligently attempt contact for three days, and upon contact or expiration of the three-day period, the movant must file a supplement to the motion, and that failure to supplement can result in the denial of a motion without prejudice).  Accordingly, the motion (Doc. No. 27) is **DENIED without prejudice**.  *See id.*

**DONE** and **ORDERED** in Orlando, Florida on October 11, 2023.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties