**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VANESSA VAZQUEZ,

        Plaintiff,

v.                                                      Case No:   6:23-cv-855-WWB-LHP

JEWELRY ARTISANS OF ORLANDO,
INC. and ALBERTO LOPEZ,

        Defendants

---

**ORDER**

This cause comes before the Court *sua sponte*. Plaintiff instituted this action by complaint filed against Defendants Jewelry Artisans of Orlando, Inc., and Alberto Lopez on May 9, 2023. Doc. No. 1. Defendants initially appeared in the case through counsel. Doc. Nos. 12–13. However, on October 8, 2024, Defendants' counsel withdrew. Doc. Nos. 48–49.

In the Order granting withdrawal, the Court noted that Mr. Lopez can proceed *pro se*. Doc. No. 49, at 2. However, Jewelry Artisans of Orlando, Inc. cannot. *Id.* (citing *S.E.C. v. Merchant Cap., LLC*, 486 F. App'x 93, 94 n.1 (11th Cir. 2012) ("It is well established . . . that a business organization cannot appear *pro se* and must be represented by counsel, not merely by a stockholder or officer.")).

Accordingly, the Court permitted Jewelry Artisans of Orlando, Inc. thirty (30) days to retain new counsel and to cause counsel to appear on its behalf. *Id.* The Court cautioned Jewelry Artisans of Orlando, Inc. that failure to do so "will result in default being entered . . . without further notice." *Id.*

The thirty (30) day deadline elapsed on November 7, 2024. But on review of the docket, no counsel has appeared on behalf of Jewelry Artisans of Orlando, Inc. Accordingly, the **Clerk of Court** is **DIRECTED** to enter default against Jewelry Artisans of Orlando, Inc. The **Clerk of Court** is further **DIRECTED** to mail a copy of this Order to Jewelry Artisans of Orlando, Inc. to the address reflected on the docket.

Given the rulings made herein, Plaintiffs' Motion for Default Against Jewelry Artisans of Orlando, Inc. d/b/a Kissimmee Jewelers (Doc. No. 51) is **DENIED as moot**. In any event, the Court notes that the motion fails to comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties